IN THE UNITED STATES BANKRUPTCY COURT

For the DISTRICT of NEW JERSEY
NEWARK DIVISION

|  |  |
|---|---|
| In re:<br><br>Mayra L Allaico<br><br>   Debtor(s) | Chapter: 13<br>Case Number: 23-17243-RG<br>Assigned to the Honorable:<br>Rosemary Gambardella<br><br>REQUEST FOR SPECIAL NOTICE<br>[NO Hearing Required] |

TO THE CLERK:

The undersigned attorneys for:

UNITED CONSUMER FINANCIAL SVCS
Merchant Name:TAX/DEBT CC

a creditor of the above referenced debtor.

Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

REQUEST IS HEREBY MADE that UNITED CONSUMER FINANCIAL SVCS be given and served with all notices given or required to be given in the case as follows:

UNITED CONSUMER FINANCIAL SVCS

Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712
bnc@bass-associates.com

Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 08/31/23
Account Number: ****3725

Respectfully submitted,
Bass & Associates, P.C.

By: /s/ Patti H. Bass  (AZ 016849)
Attorneys for Creditor
UNITED CONSUMER FINANCIAL SVCS
3936 E Ft Lowell Rd Suite 200
Tucson, AZ  85712-1083

(520) 577-1544

bnc@bass-associates.com