**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | ROMAN | BLYUMIN |
| | First Name / Middle Name | Last Name |
| Debtor 2 | MARINA | BLYUMIN |
| (Spouse, if filing) First Name / Middle Name | | Last Name |

United States Bankruptcy Court for the: District of New Jersey

Case number  23-16650 VFP
(If known)

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2023 NOV 15 P 3: 4?

JEANNE A. NAUGHTON

BY: _____
DEPUTY CLERK

☑ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | Your assets Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................ | $ 1,350,000 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*............................................. | $ 1,254,053 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* ...................................................... | $ 2,604,053 |

### Part 2:   Summarize Your Liabilities

| | Your liabilities Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*............ | $ 2,906,853 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................................ | $ _____ |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ...................................... | + $ 4031 |
| **Your total liabilities** | $ 2,910,884 |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*.......................................................................... | $ 16,937.34 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J* .................................................................................. | $ 15,839 |

| Debtor 1 | ROMAN | | BLYUMIN | Case number (if known) | 23-16650 VFP |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 4:**  Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

   $ _____ NA

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

   |  | Total claim |
   |---|---|
   | From Part 4 on *Schedule E/F*, copy the following: | |
   | 9a. Domestic support obligations (Copy line 6a.) | $ _____ NA |
   | 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ NA |
   | 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ NA |
   | 9d. Student loans. (Copy line 6f.) | $ _____ NA |
   | 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ NA |
   | 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ _____ NA |
   | 9g. **Total.** Add lines 9a through 9f. | $ _____ 0 |

Print     Save As...     Add Attachment     Reset

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | ROMAN | | BLYUMIN |
| | First Name | Middle Name | Last Name |
| Debtor 2 | MARINA | | BLYUMIN |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of New Jersey

Case number  23-16650 VFP

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

**1.1.**
21 Litchfield Way
_____
Street address, if available, or other description

Alpine                    NJ       07620
City                      State    ZIP Code

Bergen
_____
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Do not deduct secured claims or exemptions.** Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$      1,350,000.       $      1,350,000.

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

If you own or have more than one, list here:

**1.2.**
_____
Street address, if available, or other description

_____

City          State     ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Do not deduct secured claims or exemptions.** Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$ _____       $ _____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

Debtor 1    ROMAN                                    BLYUMIN                      Case number (if known)    23-16650 VFP
First Name    Middle Name    Last Name

---

1.3. _____
Street address, if available, or other description

_____

_____
City    State    ZIP Code

_____
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property
(see instructions)

Other information you wish to add about this item, such as local property identification number: _____

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ........................................................➔ | $ | 1,350,000. |

---

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

3.1. Make:    Honda
Model:    Odyssey EXL
Year:    2015
Approximate mileage:    121,000
Other information:

barely drivable

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $          5,000 | $          5,000 |

If you own or have more than one, describe here:

3.2. Make:    Mercedes
Model:    GL
Year:    2015
Approximate mileage:    70,000
Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $          14,000. | $          14,000. |

---

Official Form 106A/B    Schedule A/B: Property    page 2

3.3. Make: **Honda**

Model: **Element**

Year: **2006**

Approximate mileage: **200,000**

Other information:

not drivable

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**Current value of the portion you own?**

$_____0   $_____0

3.4. Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**Current value of the portion you own?**

$_____   $_____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☐ No
   ☐ Yes

4.1. Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**Current value of the portion you own?**

$_____   $_____

If you own or have more than one, list here:

4.2. Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**Current value of the portion you own?**

$_____   $_____

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ......................➜ $_____19,000.

Debtor 1    ROMAN                                    BLYUMIN                Case number *(if known)*  23-16650 VFP
            First Name    Middle Name    Last Name

| **Part 3:** | **Describe Your Personal and Household Items** |

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe......... furniture, appliances, etc.                       $          2,500.

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe......... TVs and cell phones                              $          2,500.

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☑ Yes. Describe......... pictures in frames (low value art)               $            500.

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe.........                                                  $

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe.........                                                 $

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe......... everyday clothes                                $            500.

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes. Describe......... everyday jewelry                                $            500.

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe.........                                                 $

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes. Give specific information. ........                               $

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached      ➔    $          6,500.
    for Part 3. Write that number here .........................................................................

| Debtor 1 | ROMAN | | BLYUMIN | | Case number (if known)   23-16650 VFP |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes ........................................................................................................................

Cash: ........................ $_____

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes .....................

Institution name:

| | | | |
|---|---|---|---|
| 17.1. Checking account: | bank account | $ | 3,227. |
| 17.2. Checking account: | Fidelity account | $ | 10,478. |
| 17.3. Savings account: | | $ | |
| 17.4. Savings account: | | $ | |
| 17.5. Certificates of deposit: | | $ | |
| 17.6. Other financial account: | | $ | |
| 17.7. Other financial account: | | $ | |
| 17.8. Other financial account: | | $ | |
| 17.9. Other financial account: | | $ | |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes .................

Institution or issuer name:

$_____
$_____
$_____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them ........................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| stock in Shalom Yeladim (temporary entity) | 100 % | $ | 0 |
| | % | $ | |
| | % | $ | |

Debtor 1    ROMAN                          BLYUMIN
           First Name    Middle Name    Last Name          Case number (if known)   23-16650 VFP

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific    Issuer name:
information about
them......................    _____    $_____
                             _____    $_____
                             _____    $_____

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each    Type of account:    Institution name:
account separately.
                    401(k) or similar plan:    Fidelity account via employer    $    1,213,573.

                    Pension plan:    _____    $_____

                    IRA:    _____    $_____

                    Retirement account:    _____    $_____

                    Keogh:    _____    $_____

                    Additional account:    _____    $_____

                    Additional account:    _____    $_____

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes......................    Institution name or individual:

                    Electric:    _____    $_____

                    Gas:    _____    $_____

                    Heating oil:    _____    $_____

                    Security deposit on rental unit:    _____    $_____

                    Prepaid rent:    _____    $_____

                    Telephone:    _____    $_____

                    Water:    _____    $_____

                    Rented furniture:    _____    $_____

                    Other:    _____    $_____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes......................    Issuer name and description:

                    _____    $_____
                    _____    $_____
                    _____    $_____

Official Form 106A/B                    Schedule A/B: Property                    page 6

Debtor 1   ROMAN          BEYUMIN
    First Name   Middle Name   Last Name     Case number *(if known)*   23-16650 VFP

---

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes ................................. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

                                                   $_____

     $_____

     $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No
☑ Yes. Give specific information about them.... | Roman's employer set up a restricted stock plan with Verizon stock with valued at $16,002 at filing.  Unknown date of access (if ever). | $_____?

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them.... | | $_____

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them.... | | $_____

**Money or property owed to you?**

         **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☐ No
☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ...................... | tax returns for 2022, filed 10/23. | Federal: $_____720 <br> State: $_____555 <br> Local: $_____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information............. | | Alimony: $_____ <br> Maintenance: $_____ <br> Support: $_____ <br> Divorce settlement: $_____ <br> Property settlement: $_____

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information............. | | $_____

---

Debtor 1    ROMAN                    BLYUMIN                    Case number *(if known)*    23-16650 VFP
First Name    Middle Name    Last Name

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance company        Company name:                Beneficiary:                Surrender or refund value:
    of each policy and list its value. ...

$_____

$_____

$_____

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes. Give specific information. ............                                $_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim. ...................                                $_____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim. ...................                                $_____

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information. ............                                $_____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ............................................................    ➔    $_____1,228,553_

---

**Part 5:**    **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**
☑ No. Go to Part 6.
☐ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**
☑ No
☐ Yes. Describe. .......                                $_____

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☑ No
☐ Yes. Describe. .......                                $_____

Debtor 1    ROMAN       BLYUMIN       Case number *(if known)*   23-16650 VFP
     First Name    Middle Name      Last Name

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe....... [_____] $_____

41. **Inventory**

☑ No

☐ Yes. Describe....... [_____] $_____

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe.......

| Name of entity: | % of ownership: | |
|---|---|---|
| _____ | ____ % | $_____ |
| _____ | ____ % | $_____ |
| _____ | ____ % | $_____ |

43. **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

     ☐ No

     ☐ Yes. Describe....... [_____] $_____

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
information ..........

     _____ $_____

     _____ $_____

     _____ $_____

     _____ $_____

     _____ $_____

     _____ $_____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ..................................................................... ➔ $_____ 0

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

                                                  **Current value of the portion you own?**

                                                  Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples*: Livestock, poultry, farm-raised fish

☑ No

☐ Yes ..................... [_____] $_____

Debtor 1    **ROMAN**                    **BLYUMIN**    Case number *(if known)*    **23-16650 VFP**
<br>First Name        Middle Name        Last Name

---

**48. Crops—either growing or harvested**

☑ No
☐ Yes. Give specific information............                                       $_____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes........................                                            $_____

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes.....................                                         $_____

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information............                                         $_____

**52.** Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ...................................................................... → $_____ 0

---

**Part 7:**    **Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53.** Do you have other property of any kind you did not already list?
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information............         $_____
                                       $_____
                                       $_____

**54.** Add the dollar value of all of your entries from Part 7. Write that number here ................................... → $_____ 0

---

**Part 8:**    **List the Totals of Each Part of this Form**

**55.** Part 1: Total real estate, line 2 ......................................................................................... → $_____ 1,350,000.

**56.** Part 2: Total vehicles, line 5                $_____ 19,000.

**57.** Part 3: Total personal and household items, line 15     $_____ 6,500.

**58.** Part 4: Total financial assets, line 36             $_____ 1,228,553

**59.** Part 5: Total business-related property, line 45       $_____ 0

**60.** Part 6: Total farm- and fishing-related property, line 52   $_____ 0

**61.** Part 7: Total other property not listed, line 54        + $_____ 0

**62.** Total personal property. Add lines 56 through 61. ..................   $_____ 1,254,053   Copy personal property total → + $_____ 1,254,053

**63.** Total of all property on Schedule A/B. Add line 55 + line 62...........................................................   $_____ 2,604,053

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | ROMAN | | BLYUMIN |
| | First Name | Middle Name | Last Name |
| Debtor 2 | MARINA | | BLYUMIN |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of New Jersey

Case number 23-16650-VFP
(if known)

☑ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt
04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   - ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   - ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Alpine residence<br>Line from *Schedule A/B*: 1.1 | $1,350,000 | ☑ $ 27,900.<br>☐ 100% of fair market value, up to any applicable statutory limit | Section 522(d)(1) (one half of joint homestead exemption) |
| Brief description: Honda Odyssey<br>Line from *Schedule A/B*: 3.1 | $5,000. | ☑ $ 5,000<br>☐ 100% of fair market value, up to any applicable statutory limit | $4,450 per Section 522(d)(2) & $550 via unused homestead exemption |
| Brief description: Mercedes vehicle<br>Line from *Schedule A/B*: 3.2 | $14,000. | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | $4,450 per Section 522(d)(2) & balance of $9,550 using portion of unused homestead |

3. **Are you claiming a homestead exemption of more than $189,060?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)
   - ☑ No
   - ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      - ☐ No
      - ☐ Yes

| Debtor 1 | ROMAN | | BLYUMIN | Case number *(if known)* | 23-16650-VFP |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: furniture appliances<br>Line from *Schedule A/B*: 6 | $ 2,500. | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | section 522(d)(3)  $2,500 of possible $29,750 |
| Brief description: TVs and cell phones<br>Line from *Schedule A/B*: 7 | $ 2,500. | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Section 522(d)(3) $2,500 of possible $29,750 |
| Brief description: everyday clothes<br>Line from *Schedule A/B*: 11 | $ 500 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Section 522(d)(3) $500 of possible $29,750 |
| Brief description: artwork<br>Line from *Schedule A/B*: 8 | $ 500. | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Section 522(d)(3) $500 of possible $29,750 |
| Brief description: everyday jewely<br>Line from *Schedule A/B*: 12 | $ $500 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Section 522(d)(4) $500 of possible $3,750 |
| Brief description: funds in bank account<br>Line from *Schedule A/B*: 17.1 | $ 3,227 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | $2,950 via section 522(d)(5) wildcard and $277 of unused portion of homestead |
| Brief description: funds at Fidelity<br>Line from *Schedule A/B*: 17.2 | $ 10,478 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | full amount via unused portion of homestead |
| Brief description: 401k retirement funds<br>Line from *Schedule A/B*: 21 | $ 1,213,573 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | full amount exempt /excluded from estate per ERISA |
| Brief description: tax refunds<br>Line from *Schedule A/B*: 28 | $ 1,275 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | full amount via unused homestead exemption |
| Brief description: restricted stock plan<br>Line from *Schedule A/B*: 25 | $ unknown | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | any remaining unused homestead exemption |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

| Debtor 1 | ROMAN | | BLYUMIN |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | MARINA | | BLYUMIN |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of New Jersey

Case number (if known): 23-16650 VFP

☑ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1:    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**2.1** Shellpoint Mortgage

Creditor's Name

PO Box 740039

Number        Street

Cincinnati        OH    45274

City        State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred 09/26/2005

**Describe the property that secures the claim:**

1st mortgage on 21 Litchfield Way, Alpine, NJ

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number 5 1 0 6

Column A: $ ~983,000.    Column B: $ 1,350,000    Column C: $ 0

**2.2** Wells Fargo

Creditor's Name

PO Box 10335

Number        Street

DesMoines        IA    50306

City        State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred 04/08/2006

**Describe the property that secures the claim:**

2nd mortgage on 21 Litchfield Way, Alpine, NJ

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number 0 9 0 4

Column A: $ ~71,200    Column B: $1,350,000    Column C: $ _____

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 1,054,200.

| Debtor 1 | ROMAN | BLYUMIN | Case number *(if known)* 23-16650 VFP |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| **Part 1:** | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

### 2.3 Small Business Administration

| | Amount of claim | Value of collateral | Unsecured |
|---|---|---|---|
| | $ ~1,140,000. | $ 1,350,000. | $ 844,200 |

**Creditor's Name**

2 Gateway Center
Number   Street

Newark          NJ   07102
City            State   ZIP Code

**Describe the property that secures the claim:**

the lien is against 21 Litchfield Way, Alpine, NJ

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred 12/11/2008    Last 4 digits of account number 5  0  0  1

### 2.4 NJ Division of Taxation

| | Amount of claim | Value of collateral | Unsecured |
|---|---|---|---|
| | $ 2,934.13 | $ 1,350,000. | $ 2,934.13 |

**Creditor's Name**

PO Box 2
Number   Street

Trenton         NJ   08625
City            State   ZIP Code

**Describe the property that secures the claim:**

the lien is against 21 Litchfield Way, Alpine, NJ

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred 8/25/2011    Last 4 digits of account number ___ ___ ___ ___

### 2.5 NJ Division of Taxation

| | Amount of claim | Value of collateral | Unsecured |
|---|---|---|---|
| | $ 1,049.62 | $ 1,350,000. | $ 1,049.62 |

**Creditor's Name**

PO Box 2
Number   Street

Trenton         NJ   08625
City            State   ZIP Code

**Describe the property that secures the claim:**

the lien is against 21 Litchfield Way, Alpine, NJ

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred 2/14/2013    Last 4 digits of account number ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:** $ 1,143,983.75

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** $ _____

| Debtor 1 | ROMAN | | BLYUMIN | Case number *(if known)* | 23-16650 VFP |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 1:** | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

### 2.6 NJ Division of Taxation

**Creditor's Name**

**Number        Street**

**Newark        NJ    07102**
City                State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Date debt was incurred** 5/23/2013

**Describe the property that secures the claim:**

the lien is against 21 Litchfield Way, Alpine, NJ

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number** ___ ___ ___ ___

Column A: $ 6,825.31    Column B: $ 1,350,000    Column C: $ 6,825.31

### 2.7 Wells Fargo Bank

**Creditor's Name**

**PO Box 10335**
Number        Street

**DesMoines    IA    50306**
City                State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Date debt was incurred** 8/25/2011

**Describe the property that secures the claim:**

the lien is against 21 Litchfield Way, Alpine, NJ

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number** ___ ___ ___ ___

Column A: $ 701,844    Column B: $ 1,350,000    Column C: $ 701,844.

### 2.__

**Creditor's Name**

**Number        Street**

**City                State    ZIP Code**

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Date debt was incurred** _____

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number** ___ ___ ___ ___

Column A: $ _____    Column B: $ _____    Column C: $ _____

**Add the dollar value of your entries in Column A on this page. Write that number here:**    $ 708,669.31

**If this is the last page of your form, add the dollar value totals from all pages.**
**Write that number here:**    $ 2,906,853.06

| Debtor 1 | ROMAN | | BLYUMIN | | Case number *(if known)* 23-16650 VFP |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ US Department of the Treasury
Name
PO BOX 979101
Number        Street

St. Louis                    MO        63197-9000
City                         State     ZIP Code

On which line in Part 1 did you enter the creditor? 2.3

Last 4 digits of account number ___ ___ ___ ___

☐ US Department of Treasury
Name
PO Box 149058
Number        Street

Austin                       TX        79714-9058
City                         State     ZIP Code

On which line in Part 1 did you enter the creditor? 2.3

Last 4 digits of account number ___ ___ ___ ___

☐ Aronson Weiner Salerno & Kaufman
Name
21 Main Street, Suite 100
Number        Street

Hackensack                   NJ        07601
City                         State     ZIP Code

On which line in Part 1 did you enter the creditor? 2.3

Last 4 digits of account number ___ ___ ___ ___

☐ Romano & Romano
Name
573 Bloomfield Avenue
Number        Street

Verona                       NJ        07601
City                         State     ZIP Code

On which line in Part 1 did you enter the creditor? 2.7

Last 4 digits of account number ___ ___ ___ ___

☐ CIT Small Business Lending
Name
155 Commerce Way
Number        Street

Portsmith                    NH        03801
City                         State     ZIP Code

On which line in Part 1 did you enter the creditor? 2.3

Last 4 digits of account number ___ ___ ___ ___

☐
Name

Number        Street

City                         State     ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

| Print | Save As... | Add Attachment | | Reset |
|---|---|---|---|---|

Official Form 106D          Part 2 of Schedule D: Creditors Who Have Claims Secured by Property          page ___ of ___

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | ROMAN | BLYUMIN |
| | First Name    Middle Name | Last Name |
| Debtor 2 | MARINA | BLYUMIN |
| (Spouse, if filing) | First Name    Middle Name | Last Name |

United States Bankruptcy Court for the: District of New Jersey

Case number: 23-16650 VFP
(If known)

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed  ☐ Not employed | ☑ Employed  ☐ Not employed |
| **Occupation** | Engineer | Daycare director |
| **Employer's name** | Verizon | Shalom Yeladim |
| **Employer's address** | 180 Washington Valley Rd | 780 Palisades Avenue |
| | Number    Street | Number    Street |
| | Bedminster    NJ    07921 | Teaneck    NJ    07666 |
| | City    State    ZIP Code | City    State    ZIP Code |
| **How long employed there?** | over 5 years | over 5 years |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 20,307.91 | $ 5,357.14 |
| 3. | Estimate and list monthly overtime pay. | 3. +$ 0 | +$ |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. $ 20,307.91 | $ 5,357.14 |

| Debtor 1 | ROMAN | | BLYUMIN | Case number *(if known)* 23-16650 VFP |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here..................................................➔ 4. | $ 20,307.91 | $ 5,357.14 |

**5. List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 4800.88 | $ 1,283.47 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ | $ |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 3,396.79 | $ |
| 5d. | Required repayments of retirement fund loans | 5d. | $ | $ |
| 5e. | Insurance | 5e. | $ 1115.74 | $ |
| 5f. | Domestic support obligations | 5f. | $ | $ |
| 5g. | Union dues | 5g. | $ | $ |
| 5h. | Other deductions. Specify: Savings | 5h. | + $ 697.78 | + $ |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 10,011.18 | $ 1,283.47 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 10,296.73 | $ 6,640.62 |

**8. List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0 | $ |
| 8b. | Interest and dividends | 8b. | $ 0 | $ |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0 | $ |
| 8d. | Unemployment compensation | 8d. | $ 0 | $ |
| 8e. | Social Security | 8e. | $ 0 | $ |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0 | $ |
| 8g. | Pension or retirement income | 8g. | $ 0 | $ |
| 8h. | Other monthly income. Specify: _____ | 8h. | + $ 0 | + $ |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0 | $ |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 10,296.73 + | $ 6,640.62 = $ 16,937.34 |

**11. State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____     11. + $ _____

| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies | 12. | $ 16,937.34 |
|---|---|---|---|
| | | | **Combined monthly income** |

**13. Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | ROMAN | | BLYUMIN |
| | First Name | Middle Name | Last Name |
| Debtor 2 | MARINA | | BLYUMIN |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of New Jersey

Case number 23-16650 VFP
(if known)

**Check if this is:**

☑ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No.  Go to line 2.
   ☑ Yes. Does Debtor 2 live in a separate household?

       ☑ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent.....................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| daughter | 29 | ☐ No  ☑ Yes |
| son | 34 | ☑ No  ☐ Yes |
| daughter in law | 35 | ☐ No  ☑ Yes |
| grandchild | 5 | ☐ No  ☑ Yes |
| grandchild | 2 | ☐ No  ☑ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 7,314.00 |
| If not included in line 4: | | |
| 4a.   Real estate taxes | 4a. | $ |
| 4b.   Property, homeowner's, or renter's insurance | 4b. | $ |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c. | $ 200.00 |
| 4d.   Homeowner's association or condominium dues | 4d. | $ |

Debtor 1 _____    Case number (if known) **23-16650 VFP**
         First Name    Middle Name    Last Name

| | | | Your expenses |
|---|---|---|---|

5.  **Additional mortgage payments for your residence,** such as home equity loans    5.   $ _____

6.  **Utilities:**
   6a.   Electricity, heat, natural gas    6a.   $ _____ 600
   6b.   Water, sewer, garbage collection    6b.   $ _____ 150
   6c.   Telephone, cell phone, Internet, satellite, and cable services    6c.   $ _____ 150
   6d.   Other. Specify: _____    6d.   $ _____

7.  **Food and housekeeping supplies**    7.   $ _____ 4,000

8.  **Childcare and children's education costs**    8.   $ _____

9.  **Clothing, laundry, and dry cleaning**    9.   $ _____ 50

10. **Personal care products and services**    10.   $ _____ 50

11. **Medical and dental expenses**    11.   $ _____ 500

12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.    12.   $ _____ 250

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13.   $ _____ 100

14. **Charitable contributions and religious donations**    14.   $ _____

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a.   Life insurance    15a.   $ _____ 900
    15b.   Health insurance    15b.   $ _____
    15c.   Vehicle insurance    15c.   $ _____ 745
    15d.   Other insurance. Specify:_____    15d.   $ _____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____    16.   $ _____

17. **Installment or lease payments:**
    17a.   Car payments for Vehicle 1    17a.   $ _____
    17b.   Car payments for Vehicle 2    17b.   $ _____
    17c.   Other. Specify: Volvo lease payments    17c.   $ _____ 830
    17d.   Other. Specify:_____    17d.   $ _____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from
    your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18.   $ _____

19. **Other payments you make to support others who do not live with you.**
    Specify:_____    19.   $ _____

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    20a.   Mortgages on other property    20a.   $ _____
    20b.   Real estate taxes    20b.   $ _____
    20c.   Property, homeowner's, or renter's insurance    20c.   $ _____
    20d.   Maintenance, repair, and upkeep expenses    20d.   $ _____
    20e.   Homeowner's association or condominium dues    20e.   $ _____

Debtor 1  **ROMAN**                    **BLYUMIN**          Case number *(if known)* 23-16650 VFP
_____
First Name  Middle Name  Last Name

21. **Other.** Specify: _____      21. +$ _____

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.                         22a. $ _____ 15,839

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2      22b. $ _____

    22c. Add line 22a and 22b. The result is your monthly expenses.      22c. $ _____ 15,839

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*      23a. $ _____ 16,937.34

    23b. Copy your monthly expenses from line 22c above.      23b. −$ _____ 15,839

    23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*      23c. $ _____ 1,098.34

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.
    ☑ Yes.  Explain here: We are hopeful that our son will finish his education, find a job, and move out. At that juncture,
our expenses will hopefully drop.

[Print]  [Save As...]  [Add Attachment]                    [Reset]

| Fill in this information to identify your case: |
| --- |

| Debtor 1 | ROMAN | | BLYUMIN | |
| --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | MARINA | | BLYUMIN | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: District of New Jersey

Case number __23 - 16650 - VFP__
(if known)

☑ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Sign Below |
| --- | --- |

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person_____. Attach Bankruptcy Petition Preparer's Notice, Declaration, and
Signature (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____          X _____
Signature of Debtor 1                              Signature of Debtor 2

Date __11/04/2023__                               Date __11/04/2023__
MM / DD / YYYY                                        MM / DD / YYYY

UNITED STATES BANKRUPTCY COURT
District of New Jersey

In re:
ROMAN BLYUMIN and
MARINA BLYUMIN

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2023 NOV 15  P 3:46

JEANNE A. NAUGH
BY:
DEPUTY CLERK

Debtor(s)

Case no.: _____23-16650_____

Chapter: _____7_____

Judge: _____VFP_____

Caption of Pleading being filed: __Amended Schedules_____

## CERTIFICATION OF NON COMPLIANCE
## REGARDING CASE MANAGEMENT/ELECTRONIC CASE FILING ("CM/ECF")

I, (_____Brian R. Quentzel_____), **HEREBY CERTIFY** that with respect to the transition in procedure effective October 1, 2003 which requires *mandatory* electronic filing for attorneys who regularly practice before this Court, and which requires attorneys to become trained and certified "Participants" of CM/ECF, if the attorney files ten (10) or more pleadings in a 12 month period, inclusive of the 2003 calendar year prior to October 1st, the following conditions apply (please check applicable provisions):

__✔__ (a) I am not currently certified as a CM/ECF Participant. During the twelve (12) month period preceding and including this filing, I have not exceeded the ten (10) document limit; or

_____ (b) I am not currently certified as a CM/ECF Participant. The captioned pleading constitutes my tenth or successive document filed within the preceding twelve (12) month period, and I have contacted the Court to schedule training within thirty (30) days of this filing. My scheduled training date is _____; or

_____ ( c) I have been trained but not yet certified as a CM/ECF Participant; or

_____ (d) I am a certified "Participant" of CM/ECF, but have encountered the following extenuating circumstances which have prevented me from complying with the mandatory filing requirement with respect to the captioned pleading: (briefly describe)

_____
_____
_____
_____ ; and

_____ (e) Pursuant to the Court's Notice to the Bar dated June 17, 2003, and posted to the Court's Web site www.njb.uscourts.gov, I have placed the document being filed on a CD ROM in PDF format.

__11/13/2023_____          __s/ Brian R. Quentzel_____
Date                                     Signature of Attorney



This envelope is only for FedEx

a priority together.

make Earth

ORIGIN ID:ZSYA    (201) 816-1901
BRIAN R. QUENTZEL
LAW OFFICES OF BRIAN R. QUENTZEL
2390 E CAMELBACK ROAD
SUITE 130
PHOENIX, AZ 85016
UNITED STATES US

SHIP DATE: 13NOV23
ACTWGT:
CAD: 3714342/INET4660

BILL SENDER

TO   CLERK, BANKRUPTCY COURT
     US BANKRUPTCY COURT
     50 WALNUT STREET
     3RD FLOOR
     NEWARK NJ 07102

(973) 645-4762          REF:
INV:                    DEPT:
PO:

FedEx
Express

E

WED - 15 NOV 5:00P
** 2DAY **

TRK# 0201   7740 8421 1095          07102
                                    NJ-US   EWR

SE VAKA

FedEx Ship Manager - Print Your Label(s)

11/13/23, 8:23 AM

Brian

RT 329   6   17:00   1095   11.15