ROBERT C. NISENSON
ROBERT C. NISENSON, LLC
10 AUER COURT
SUITE E
EAST BRUNSWICK, NJ  08816

Re: MAYRA L ALLAICO  
129 PAINE AVE  
IRVINGTON, NJ 07111

Atty: ROBERT C. NISENSON  
ROBERT C. NISENSON, LLC  
10 AUER COURT  
SUITE E  
EAST BRUNSWICK, NJ  08816

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024**  
Chapter 13 Case # 23-17243

### RECEIPTS AS OF 01/01/2024 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/05/2023 | $200.00 | 29075475284 | 11/14/2023 | $200.00 | 29099841030 |
| 11/21/2023 | $200.00 | ROBERT 31273 | 12/27/2023 | $200.00 | ROBERT 31294 |

**Total Receipts: $800.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $800.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024 (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 64.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0002 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,003.55 | 0.00% | 0.00 | 0.00 |
| 0003 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 405.76 | 0.00% | 0.00 | 0.00 |
| 0004 | LEADERS FINANCIAL COMPANY | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 1,437.23 | 0.00% | 0.00 | 0.00 |
| 0006 | PLANET HOME LENDING, LLC | (NEW) Prepetition A | 108,219.86 | 100.00% | 0.00 | 0.00 |
| 0007 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 388.12 | 0.00% | 0.00 | 0.00 |
| 0009 | UNITED CONSUMER FINANCIAL SERV | UNSECURED | 6,222.44 | 0.00% | 0.00 | 0.00 |
| 0011 | LVNV FUNDING LLC | UNSECURED | 743.70 | 0.00% | 0.00 | 0.00 |
| 0012 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0013 | LVNV FUNDING LLC | UNSECURED | 387.95 | 0.00% | 0.00 | 0.00 |
| 0014 | LVNV FUNDING LLC | UNSECURED | 559.89 | 0.00% | 0.00 | 0.00 |
| 0015 | PENDRICK CAPITAL PARTNERS, LLC | UNSECURED | 748.00 | 0.00% | 0.00 | 0.00 |
| 0016 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 716.22 | 0.00% | 0.00 | 0.00 |

**Chapter 13 Case # 23-17243**

**Total Paid: $64.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $800.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $64.00    =    Funds on Hand: $736.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.