**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
 (732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | Case: 23-17243 RG |
| | : | Chapter 13 |
| MAYRA L. ALLAICO | : | |
| | : | |
| Debtor. | : | |
| _____ | : | |

## WITHDRAWAL OF DOCUMENT

    The Debtor hereby withdraws the Certification in Opposition to Motion for Relief from Stay on Docket # 41.

                                      /s/ Robert C. Nisenson
                                      ROBERT C. NISENSON

Dated: March 20, 2024