| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br><br>MAYRA L ALLAICO | Case No.: 23-17243<br><br>Adv. No.:<br><br>Hearing Date:  05/15/2024<br><br>Judge:  RG |

### CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 04/03/2024, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

---

Debtor:
MAYRA L ALLAICO
129 PAINE AVE
IRVINGTON, NJ  07111
Mode of Service:  Regular Mail

---

Attorney for Debtor(s):
ROBERT C. NISENSON
ROBERT C. NISENSON, LLC
10 AUER COURT
SUITE E
EAST BRUNSWICK, NJ  08816
Mode of Service:  ECF and/or Regular Mail

---

Dated:  April 03, 2024

By:  /S/  Jessica Antoine
Jessica Antoine