Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−17243−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Mayra L Allaico
  129 Paine Ave
  Irvington, NJ 07111

Social Security No.:
  xxx−xx−8726

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

  NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/29/24.

  Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

  This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 29, 2024
JAN: slm

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-17243-RG |
| Mayra L Allaico | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 29, 2024 | Form ID: 148 | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mayra L Allaico, 129 Paine Ave, Irvington, NJ 07111-2902 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 29 2024 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 29 2024 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: BASSASSOC.COM | May 30 2024 00:27:00 | United Consumer Financial Ser - UCFS Kirby Cleanin, Att Bass and Associatesd, PC, 3936 E. Ft. Lowell, Suite 200, Tucson, AZ 85712-1083 |
| 520003714 | + | EDI: CAPITALONE.COM | May 30 2024 00:27:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520003717 | + | EDI: AMINFOFP.COM | May 30 2024 00:27:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 520066310 | | EDI: JEFFERSONCAP.COM | May 30 2024 00:27:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520003719 | | EDI: JEFFERSONCAP.COM | May 30 2024 00:27:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 520003720 | | Email/Text: krivera@leadersfc.com | May 29 2024 20:40:00 | Leaders Financial Company, Attn: Bankruptcy, 21 Commerce Dr, Suite 101, Cranford, NJ 07016 |
| 520011558 | | Email/PDF: resurgentbknotifications@resurgent.com | May 29 2024 20:43:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520054420 | + | Email/Text: bankruptcydpt@mcmcg.com | May 29 2024 20:42:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520003721 | + | Email/Text: bankruptcydpt@mcmcg.com | May 29 2024 20:42:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520256173 | + | Email/Text: csc.bankruptcy@amwater.com | May 29 2024 20:43:00 | New Jersey American Water, PO 371331, Pittsburgh, PA 15250-7331 |
| 520045022 | | Email/Text: perituspendrick@peritusservices.com | May 29 2024 20:41:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 520003723 | | EDI: PRA.COM | May 30 2024 00:27:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520067587 | | EDI: PRA.COM | May 30 2024 00:27:00 | Portfolio Recovery Associates, LLC, c/o Tjx, POB |

Case 23-17243-RG  Doc 54  Filed 05/31/24  Entered 06/01/24 00:17:21  Desc Imaged
Certificate of Notice  Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 29, 2024 | Form ID: 148 | Total Noticed: 21 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 41067, Norfolk VA 23541 |
| 520057077 | + | Email/Text: BKMAIL@planethomelending.com | May 29 2024 20:42:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 520003722 | + | Email/Text: BKMAIL@planethomelending.com | May 29 2024 20:42:00 | Planet Home Lending, LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 520067613 | + | EDI: JEFFERSONCAP.COM | May 30 2024 00:27:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520003724 | + | Email/Text: EBankruptcy@UCFS.NET | May 29 2024 20:43:00 | United Consumer Financial Services, 865 Bassett, Westlake, OH 44145-1194 |
| 520026585 | + | EDI: BASSASSOC.COM | May 30 2024 00:27:00 | United Consumer Financial Services, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520003715 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520003716 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520003718 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 31, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PLANET HOME LENDING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Robert C. Nisenson | on behalf of Debtor Mayra L Allaico r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4